IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| USIC, LLC; USIC LOCATING SERVICES, LLC; and LOCATE HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRENT COFFIELD, TRAVIS DANIELS, BRIAN HANNA, ZACH MATNEY, ERIC MOODY, TOM ORTH, and CONSOLIDATED INFRASTRUCTURE GROUP, INC., <br><br> Defendants. | Case No.: 1:16-cv-3285-TWP-MJD |

## DEFENDANTS BRENT COFFIELD, TOM ORTH AND ZACH MATNEY'S JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2)

Defendants Brent Coffield, Tom Orth and Zach Matney, by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 12(b)(2), hereby respectfully move this Court for an Order dismissing all of Plaintiffs' claims against Brent Coffield, Tom Orth and Zach Matney for lack of personal jurisdiction.  In support of this Joint Motion to Dismiss, Defendants are filing contemporaneously herewith their Brief in Support of Joint Motion to Dismiss.

WHEREFORE, Defendants respectfully request that this Court grant their Joint Motion to Dismiss and enter an Order dismissing all of Plaintiffs' claims against Defendants Brent Coffield, Tom Orth and Zach Matney in their entirety, and grant such other and further relief as the Court deems just and proper.

DATED: December 13, 2016                    Respectfully submitted,

*/s/ Jonathan D. Mattingly*
Jonathan D. Mattingly # 21011-41
MATTINGLY BURKE COHEN & BIEDERMAN LLP
5255 Winthrop Ave., Suite 100
Indianapolis, IN 46220
T: 317-614-7324
Jonathan.mattingly@mbcblaw.com

Michael D. Degan
Kutak Rock
1650 Farnam Street
Omaha, NE 68102
402-661-8635
Mike.degan@kutakrock.com

*Attorneys for Defendant Consolidated Infrastructure Group, Inc Brent Coffield, Travis Daniels, Brian Hanna, Zach Matney, Erin Moody, and Tom Orth*

## CERTIFICATE OF SERVICE

I hereby certify that December 13, 2016, a copy of the foregoing was filed electronically. Service of this filing is also being made via operation of the Court's CM/ECF system on the following counsel of record:

Paul A. Wolfla
Mark L. Shope
Faegre Baker Daniels LLP
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
Paul.Wolfla@faegrebd.com
Mark.Shope@faegrebd.com

*/s/ Jonathan D. Mattingly*
Jonathan D. Mattingly # 21011-41